**Criminal Case Cover Sheet**  U.S. District Court

Place of Offense:
City _____Hagåtña_____

Related Case Information:   06-00092

Country/Parish _____
Superseding Indictment _____ Docket Number _____
Same Defendant _____  New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: __X__ Yes _____ No

Defendant Name _____Young Min Ko_____

Alias Name _____

Address _____

_____Tamuning, GU_____

Birthdate xx/xx/1967   SS# _____   Sex __M__   Race __A__   Nationality__Korean__

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

**Interpreter:** _____ No __X__ Yes   List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___   _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 2 & 1028(a)(7) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: NOV 1 5 2006   Signature of AUSA: _____

RECEIVED NOV 1 5 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM