1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam  96910
   Tel:  (671) 472-7332/7283
5  Fax:  (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,          )  CRIMINAL CASE NO. 06-00092
                                       )
12                    Plaintiff,       )
                                       )
13            vs.                      )  **ORDER SEALING CASE**
                                       )
14  YOUNG MIN KO,                      )
                                       )
15                    Defendant.       )
    _____)

16

17        Upon motion by the Government and for good cause shown,

18        IT IS HEREBY ORDERED that the record in the above-captioned case be sealed.

19        DATED this 16th day of November 2006, *nunc pro tunc* to November 15, 2006.

20

21

22

23

24

25                              **/s/ Joaquin V.E. Manibusan, Jr.**
                                **U.S. Magistrate Judge**
26

27

28