# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00092　　　　　　　　　　　　DATE: February 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　Electronically Recorded: 4:39:06 - 4:48:02
CSO: J. Lizama

**APPEARANCES:**

Defendant: Young Min Ko　　　　　　　Attorney: Jacqueline Terlaje on behalf of Joaquin C. Arriola, Jr.

☑ Present ☑ Custody ☐ Bond ☐ P.R.　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson　　　　U.S. Agent: Ken Clocke, F.B.I.
U.S. Probation: Stephen Guilliot　　　U.S. Marshal: D. Punzalan
Interpreter: Sung Woo Yoon　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Superseding Indictment.
- Plea entered: Not guilty.
- Trial set for: April 29, 2008 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES:  The Court granted the government's motion to unseal the case.