RECEIVED
JAN 24 2008
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
FEB 28 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

YOUNG MIN KO

## WARRANT FOR ARREST

Case Number: CR-06-00092-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ YOUNG MIN KO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Superseding Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A), Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | [signature] Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008       Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Tumon, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/27/08 | Special Agent FBI | [signature] |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __YOUNG MIN KO_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____