LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00092 |
| Plaintiff, | |
| vs. | **ORDER UNSEALING RECORD** |
| YOUNG MIN KO, | |
| Defendant. | |

Upon the government's filing of an application to unseal this case and for good cause shown,

IT IS HEREBY ORDERED that the record herein be unsealed.

/s/ **Frances M. Tydingco-Gatewood**
      **Chief Judge**
  **Dated: Feb 28, 2008**