# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>**YOUNG MIN KO,**<br><br>        Defendant. | CRIMINAL CASE NO. 06-00092<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case .

Dated this 27th day of February 2008.

                                                    **/s/ Frances M. Tydingco-Gatewood**
                                                      **Chief Judge**