

Ko42.appdisc

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 28 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00092 |
| Plaintiff, ) | UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION |
| vs. ) | |
| YOUNG MIN KO, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing the government to disclose certain records obtained from the Internal Revenue Service (IRS) to defense counsel Joaquin C. Arriola, Jr. On June 20, 2006, the court issued an Order, Misc. Case No. 06-00017, directing the IRS to disclose to the U.S. Attorney's Office any information it held on Taxpayer Identification Number XXX-X-6975, among others.

Defendant Ko was indicted in the above-entitled matter, and made his initial appearance February 27, 2008. He is represented by Joaquin C. Arriola, Jr.. The IRS information concerning the TIN referenced in the above-listed order is necessary for Mr. Arriola to evaluate the strength of the government's case, because the defendant is accused of fraudulently obtaining a Guam driver's license by using a TIN which did not belong to him. The release of such

information is allowed by Title 26, United States Code, § 6103((i)(4)(A)(i) as information "probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party."

Respectfully submitted this 28th day of February, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and CNMI

        By: *[signature]*
        KARON V. JOHNSON
        Assistant U.S. Attorney

2