# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# ** AMENDED MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00092  DATE: March 20, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 2:03:24-2:33:45
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Young Min Ko  Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent: Ken Klocke, FBI
U.S. Probation: Maria Cruz  U.S. Marshal: G. Perez
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty Count II
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 18, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: May 14, 2008
- Response to Presentence Report: May 28, 2008
- Final Presentence Report due to the Court: June 11, 2008.**
- Detention hearing requested by Defendant is set for April 2, 2008 at 10:00 a.m.

NOTES: Detention hearing shall be held before Chief Judge Frances Tydingco-Gatewood.

\*\*Amended to change due date of Final Presentence Report.