**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

| | |
|---|---|
| CASE NO.: CR-06-00092-001 | DATE: April 02, 2008 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 10:06:48 - 10:15:36
Virginia T. Kilgore

**APPEARANCES:**
Defendant: Young Min Ko  Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Detention Hearing**
- Defendant's request for release to third party custodian - <u>granted</u>.

NOTES: