PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | Judy Anne L. Ocampo, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

| [X] | **Original Notice** | [ ] | **Disposition of Original Notice** |

| Date: | **April 2, 2008** | Date: | |
| By: | **Frances M. Tydingco-Gatewood**<br>**Chief Judge** | By: | |

| Defendant: | **KO, Young Min** | Case Number: | **Criminal Case #06-00092-001** |
| Date of Birth: | **XX-XX-1967** | Place of Birth: | **Chullado, South Korea** |
| SSN: | **None** | Alien ("A") Number: | **N/A** |

**NOTICE OF COURT ORDER** (Order Date: **April 2, 2008**  )

[x]  The above-named defendant surrendered Passport Number **XXXXXXXX**  (Issuing Country: **Korea** ) to the custody of the U.S. Probation Office on **Apr 29, 2008**.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[ ]  Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ☐ Not Convicted - Document returned to defendant.
   ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)