# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 06-00092-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO CONTINUE SENTENCING** |
| ) | **HEARING** |
| YOUNG MIN KO ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 18, 2008. The probation officer requests that the Court continue sentencing to July 28, 2008. The continuance is necessary to complete the investigation into the defendant's personal history. The defendant does not speak English and a Korean interpreter is required to complete the interview. Both parties have no objections to a continuation.

RESPECTFULLY submitted this <u>  29th  </u> day of May 2008.

        ROSSANNA VILLAGOMEZ-AGUON
        Chief U.S. Probation Officer

By:  /s/ STEPHEN P. GUILLIOT
        U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist