**JOAQUIN C. ARRIOLA, JR., ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *YOUNG MIN KO*

**FILED**
DISTRICT COURT OF GUAM

JUL 3 1 2008 *chs*

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR06-00092** |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **STIPULATION TO CONTINUE** |
| YOUNG MIN KO, ) | **SENTENCING HEARING** |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW the Parties, through undersigned counsel of record, to STIPULATE and

AGREE that the Sentencing Hearing for Defendant YOUNG MIN KO, set for August 11, 2008, be

continued for not less than one (1) month for the reason that defense counsel will be off island for

an extended period in August, including August 11, 2008.

IT IS STIPULATED this 31st day of July, 2008.

**ARRIOLA, COWAN & ARRIOLA**
Counsel for Defendant *YOUNG MIN KO*

_____
JOAQUIN C. ARRIOLA, JR.

**UNITED STATES ATTORNEY'S OFFICE**
Counsel for Plaintiff

_____
KAREN V. JOHNSON