# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **CR06-00092** |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER CONTINUING** |
| YOUNG MIN KO, | ) **SENTENCING HEARING** |
| Defendant. | ) |

On Stipulation of the Parties, and Good Cause Appearing, IT IS HEREBY ORDERED that the Sentencing Hearing for Defendant YOUNG MIN KO is hereby continued from August 11, 2008, until September 12, 2008, at 10:30 a.m.



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Aug 01, 2008**