JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *YOUNG MIN KO*

**FILED**
**DISTRICT COURT OF GUAM**

AUG 0 1 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR06-00092** |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO REVERT** |
| YOUNG MIN KO, ) | **SENTENCING HEARING** |
| Defendant. ) | |

COMES NOW the Parties, through undersigned counsel of record, to STIPULATE and AGREE that the Sentencing Hearing for Defendant YOUNG MIN KO, set for September 12, 2008, be returned to the original date of August 11, 2008, for the reason that defense counsel's associate may appear for said hearing, appointed will be off island for an extended period in August 11, 2008, and that defendant faces immediate deportation at sentencing, and is prepared to voluntarily deport.

IT IS STIPULATED this 1st day of August, 2008.

| ARRIOLA, COWAN & ARRIOLA | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| Counsel for Defendant *YOUNG MIN KO* | Counsel for Plaintiff |
| JOAQUIN C. ARRIOLA, JR. | KARON V. JOHNSON |

**ORIGINAL**