# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **CR06-00092** |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER TO REVERT** |
| YOUNG MIN KO, | ) | **SENTENCING HEARING** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On Stipulation of the Parties, and Good Cause Appearing, IT IS HEREBY ORDERED that the Sentencing Hearing set for September 12, 2008, for Defendant YOUNG MIN KO, be returned to the original date of August 11, 2008, at 1:30 p.m.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
　Chief Judge
**Dated: Aug 01, 2008**