CASE NO.: CR-06-00092      DATE: August 11, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 12:36:39 - 12:45:40

**APPEARANCES:**

Defendant: Young Min Ko      Attorney: Levin Camacho
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung Woo Yoon      Language: Korean

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 36 days)</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years</u>.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant to report to the U.S. Immigration and Naturalization Service for voluntary deportation proceedings.
- Government's oral motion to dismiss Count 1 - <u>granted</u>.

NOTES: