# UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**: Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:** Judy Anne L. Ocampo, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**      ☒ **Disposition of Original Notice**

Date: **April 2, 2008**               Date: **August 8, 2008**

By: **Frances M. Tydingco-Gatewood**      By: **Frances M. Tydingco-Gatewood**
**Chief Judge**                              **Chief Judge**

---

Defendant: **KO, Young Min**        Case Number: **Criminal Case #06-00092-001**

Date of Birth: **XX-XX-1967**        Place of Birth: **Chullado, South Korea**

SSN: **None**                        Alien ("A") Number: **N/A**

---

## NOTICE OF COURT ORDER (Order Date: **April 2, 2008**     )

☒ The above-named defendant surrendered Passport Number **XXXXXXXXX**       (Issuing
Country: **Korea**          ) to the custody of the U.S. Probation Office on **Apr 29, 2008**.

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

☒ Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)