GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

USA,

        Plaintiff,

        Vs.

Young Min Ko,

        Defendant.

Case No. 1:06-cr-00092-001

# NOTICE OF ENTRY OF ORDER

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Judgment  in a Criminal Case  filed August 18, 2008*
*(Redacted and Unredacted)*
*Date of Entry: August 18, 2008*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 18, 2008
        Clerk of Court
        **/s/ Jeanne G. Quinata**